Eric Pearson LEE, Petitioner—Appellant,

v.

Tracy W. JOHNS, Warden, LSCI Butner, Respondent—Appellee.

No. 11–6762.

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 13, 2011.

Decided: Oct. 17, 2011.

Eric Pearson Lee, Appellant Pro Se. Michael Gordon James, Office of the United States Attorney, Raleigh, North Carolina, for Appellee.

Before SHEDD, AGEE, and WYNN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Eric Pearson Lee, a federal prisoner, appeals the district court's order denying relief on his 28 U.S.C.A. § 2241 (West 2006 & Supp.2011) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Lee v. Johns*, No. 5:09–hc–02072–D, 2011 WL 1750799 (E.D.N.C. May 6, 2011). We dispense with oral argument because the

facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*